UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK JON CSIZMAZIA,<br><br>    Petitioner,<br><br>  vs.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | NO.  CV-07-115-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 14, 2007, recommending Mr. Csizmazia's habeas corpus petition be denied as unexhausted and for lack of jurisdiction over the Respondent. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition is **DENIED WITHOUT PREJUDICE** for failure to exhaust and for lack of personal jurisdiction.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.

**DATED** this ____24th____ day of September 2007.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\07cv115ci.adopt.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION -- 1